DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;

MIGUEL SOTO, SBN 275273
ASHER WAITE-JONES, SBN 312592
EAST BAY COMMUNITY LAW CENTER
1950 University Avenue, Suite 200
Berkeley, CA 94704
Telephone: (510) 269-6612
Facsimile: (510) 849-1536
Email: msoto@ebclc.org;
awaitejones@ebclc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DE LA RIVA and WILLIAM ALLAN,<br><br>             Plaintiffs,<br><br>     vs.<br><br>THE CITY OF OAKLAND, KALEO ALBINO, PATRICK GONZALES, AND SEAN ALEXANDER MARINE SERVICES, INC.,<br><br>             Defendants. | Case No.: 4:19-cv-06106-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

*De la Riva v. City of Oakland, et al.,* Case No. 4:19-cv-06106-JSW
Stipulation and [Proposed] Order for Dismissal - 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees. The parties have fully executed the terms of the respective Release Agreements and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: March 18, 2022

SIEGEL, YEE, BRUNNER & MEHTA

By: /s/EmilyRose Johns
    EmilyRose Johns

EAST BAY COMMUNITY LAW CENTER

By: /s/Miguel Soto
    Miguel Soto

*Attorney for Plaintiffs*

Dated: March 18, 2022

BARBARA J. PARKER, City Attorney

By: /s/ Han Tran
    Han Tran, Deputy City Attorney

Attorneys for Defendants
CITY OF OAKLAND et al.

Dated: March 18, 2022

BASIC LEGAL SERVICES

By: /s/ John H. Cigavic III
    John H. Cigavic III

Attorneys for Defendant
SEAN ALEXANDER MARINE SERVICES INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 21, 2022

_____
Hon. Jeffrey S. White
United States District Judge